# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                              No. 4:21-cr-227-DPM

**ERIC DESHA HUDSON**                                               **DEFENDANT**

## ORDER

Hudson moves to reduce his sentence based on a 2023 amendment to the Sentencing Guidelines. Hudson was sentenced shortly before the amendment took effect, but the pending amendment was considered at sentencing. The change, however, did not affect his sentencing range. Hudson still had fifteen criminal history points, meaning he remained in criminal history category VI. His motion, *Doc. 36*, is therefore denied.

A response from the United States and the United States Probation Office is no longer needed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2025